**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ERIC FLORES,**

       **Plaintiff,**

                                              **Civil Action 2:14-cv-84**
     **v.**                                         **Judge Algenon L. Marbley**
                                                **Magistrate Judge Elizabeth P. Deavers**

**UNITED STATES ATTORNEY**
**GENERAL,** *et al.*,

       **Defendants.**

**<u>ORDER</u>**

This matter is before the Court for consideration of the January 31, 2014 Report and Recommendation of the United States Magistrate Judge, to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 3.) The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) based upon her finding that he had failed to state a plausible claim to relief because his claims were predicated upon irrational and delusional allegations.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 6, ECF No. 3.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 3) and **DISMISSES** this action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

                                  **s/Algenon L. Marbley**
                                  **ALGENON L. MARBLEY**
                                  **UNITED STATES DISTRICT COURT**

**DATED:  June 5, 2014**